Robinson, Matthias and Allen, JJ., concur. Marshall, CJ., Kinkade and Day, JJ., dissent.

## STATE ex WHARTENBY v PERRY COUNTY BOARD OF EDUCATION

Ohio Supreme Court
No 22285.  Decided June 11, 1930

Kinkade, Robinson, Jones, Matthias, Day. and Allen, JJ., concur.

## CISKI et v WENTWORTH et

Ohio Supreme Court
No 22172.  Decided June 11, 1930

Marshall, CJ., Kinkade, Robinson, Jones, Matthias and Allen, JJ., concur.

## DUNN v STATE

Ohio Supreme Court
No 22242.  Decided June 11, 1930

Marshall, CJ., Kinkade, Robinson, Jones, Matthias and Day, JJ., concur.

## STATE ex JACKSON v FAYETTE COUNTY COMMISSIONERS

Ohio Supreme Court
No 22270.  Decided June 11, 1930

Marshall, CJ., Kinkade, Robinson, Jones, Matthias and Day, JJ., concur.